ROMEYN v. CAPLIS.

The People ex rel. Wm. R. Phillips v. Benjamin D. Pritchard, Commissioner of State Land Office.

*Motion for a mandamus.*

The facts in this case were the same as in the preceding, and a *mandamus* was ordered on the same grounds.

*A. Russell,* and *Gould & Lyon,* for relator.

*D. C. Holbrook,* for respondent.

---

Theodore Romeyn v. James Caplis.

*Heard October 13th.    Decided October 14th.*

Appeal in Chancery from Wayne Circuit.

The bill in this cause was filed by complainant to obtain the benefit of a certain bid made for his benefit by defendant at a receiver's sale; defendant afterwards claiming it for himself.

The case was heard upon pleadings and proofs and a decree made in favor of complainant.

*D. C. Holbrook,* for appellant.

*T. Romeyn,* and *G. V. N. Lothrop,* for appellee.

CHRISTIANCY J.

No question of law arises in this case. Upon the facts, the court are of opinion that the decree of the court below was correct, and it must be affirmed, with costs.

The other Justices concurred.